1 KINDRA DENEAU (State Bar No. 024156)
2 7135 East Camelback Rd., Suite 230
Scottsdale, Arizona 85251
3 Telephone:  (480) 306-5977
4 Facsimile:  (602) 626-3504
kdeneau@lemberglaw.com
5

6 *Of Counsel to*
Lemberg & Associates LLC
7 A Connecticut Law Firm
8 1100 Summer Street
Stamford, CT  06905
9 Telephone:  (203) 653-2250
10 Facsimile:  (203) 653-3424

11 Attorneys for Plaintiff,
12 Cheryl Pelletier

13
14 UNITED STATES DISTRICT COURT
15 FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cheryl Pelletier, | Case No.: 2:10-cv-02630-ECV |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Zwicker & Associates, P.C. and DOES 1-10, inclusive, | |
| Defendants. | |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  Defendant has not appeared in this action.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary notice of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(A)(i) within 30 days.


Plaintiff

 /s/ Kindra Deneau

KINDRA DENEAU

Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On April 5, 2011, I served a true copy of foregoing document(s): **NOTICE OF SETTLEMENT**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on April 4, 2011, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | Robert W. Thuotte, Esq. Zwicker & Associates P.C. Attorneys at Law 80 Minuteman Road Andover, MA 01810 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

3

1 | Executed on April 5, 2011.
2
3 |                  */s/ Josh Markovits*
                 Josh Markovits
4 |                  Attorney for Plaintiff